UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**SYLVESTER BAILEY,**           CASE NO.: 1:14-CV-3982-TCB

      **Plaintiff,**

vs.

**INTEGRITY JANITORIAL
CLEANING SERVICES, INC., A
GEORGIA CORPORATION,**

      **Defendant.**
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, SYLVESTER BAILEY, and Defendant, INTEGRITY JANITORIAL CLEANING SERVICES, INC., a Georgia Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this stipulation dismissing this action **WITH PREJUDICE**.

Dated this 30th day of April, 2015.

| | |
|---|---|
| **/s/ C. RYAN MORGAN**<br>**C. Ryan Morgan, Esq.**<br>Georgia Bar No.: 711884<br>MORGAN & MORGAN, P.A.<br>20 N. Orange Ave., 14th Floor<br>Orlando, FL 32802-4979<br>Phone: (407) 420-1414<br>Facsimile: (407) 245-3401<br>Email: Rmorgan@forthepeople.com<br>*Attorneys for Plaintiff* | **/s/ CHRISTOPHER O. STATON**<br>**Christopher O. Staton, Esq.**<br>Georgia Bar No.: 375395<br>Deming, Parker, Hoffman, Campbell & Daly, LLC<br>4851 Jimmy Carter Blvd<br>Norcross, GA 30062<br>Phone: (678) 924-4732<br>Facsimile: (678) 924-4733<br>Email: StantoC@deminglaw.com<br>*Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Christopher O. Staton, Esq., Georgia Bar No. 675395, Deming, Parker, Hoffman, Campbell & Daly, LLC, 4851 Jimmy Carter Blvd, Norcross, GA 30062, Telephone: (678) 924-4732, Facsimile: (678) 924-4733, E-mail: StantonC@deminglaw.com, *Attorney for Defendant*.

**/s/ C. RYAN MORGAN**
C. Ryan Morgan, Esq.